GRACE H. COE, Respondent, *v.* DUDLEY B. COE, Appellant.

Submitted May 25, 1942; decided June 18, 1942.

*Horace G. Marks* and *Bernard Schwartz* for appellant.

*Aaron H. Walowit* and *George J. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.